In the Supreme Court of Georgia

Decided: March 30, 2022

S22Y0606. IN THE MATTER OF MARK PRESTON JONES.

PER CURIAM.

This disciplinary matter is before the Court on a petition for voluntary surrender of license filed by respondent Mark Preston Jones, State Bar No. 110107, before the issuance of a formal complaint. See Bar Rule 4-227 (b) (2). Jones has been a member of the Georgia Bar since 2007. In his petition, he admits that on November 15, 2021, in the Superior Court of Muscogee County, he entered a guilty plea to influencing a witness, violation of oath by a public officer, and two counts of attempted violation of oath by a public officer—all felonies under Georgia law. Jones admits that, as a result of his guilty plea, he has violated Rule 8.4 (a) (2) (lawyer shall not be convicted of a felony) of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d), the maximum

penalty for which is disbarment. He further acknowledges that the voluntary surrender of his license to practice law is tantamount to disbarment and asks the Court to accept his petition so as to resolve this matter without the need for formal proceedings. The State Bar has responded, agreeing with the facts as described in the petition and asking this Court to accept the petition.

We have reviewed the record and accept Jones's petition for the voluntary surrender of his license. Accordingly, the name Mark Preston Jones hereby is removed from the rolls of persons entitled to practice law in the State of Georgia. Jones is reminded of his duties under Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*